# United States Bankruptcy Court

### District of Montana
### Butte Division

In re:  Ernie W. Tertelgte and Claudia D. Tertelgte                    Case No. _____

(If Known)

Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $67,000.00 | | |
| B - Personal Property | Yes | 4 | $7,673.70 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $78,094.70 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 4 | | $30,952.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,136.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,438.00 |
| Total Number of Sheets in All Schedules ⇨ | | 17 | | | |
| Total Assets ⇨ | | | $74,673.70 | | |
| Total Liabilities ⇨ | | | | $109,046.92 | |

**In re:  Ernie W. Tertelgte and Claudia D. Tertelgte**                    **Case No.**

                                                                            **Chapter    7**

**Last four digits of Social Security No.:  8343**

Debtors                                                          **7164**

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Mobile Home & Lot 1A of the Amended Subd. Plat of Block 65, Lot 1 of the Fabrick Addition , Manhattan 206 Valley Street Manhattan, MT 59741 | Debtors' Interest | | $67,000.00 | $12,404.98 2nd Mortgage |
| above item continued | | | | $52,668.72 1st Mortgage |
| | | Total: | $67,000.00 | |

0    continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No.

Chapter      **7**

**Last four digits of Social Security No.:   8343**

Debtors                                                **7164**

# SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash on Deposit | | $6.70 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Couch $20; Chairs $50; Beds $70; End Table $5; Dressers $105 | | $250.00 |
| | | Dishes $2; Glasses $1; Pots & Pans $3 | | $6.00 |
| | | Misc. Appliances-Washer $100; Dryer $50; Microwave $25; TV $50 | | $225.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Men's Wardrobe $150; Lady's Wardrobe $50; Children's Wardrobe $150 | | $350.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

3   continuation sheet(s) attached

In re: **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No.

                                                                        **Chapter    7**

**Last four digits of Social Security No.:   8343**
Debtors                                                **7164**

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Disability Social Security-$536.00 per month | | $536.00 |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

2   continuation sheet(s) attached

In re: **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No.

                                                                          **Chapter    7**

    **Last four digits of Social Security No.:   8343**
Debtors                                                                **7164**

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles. | | 1971 Homemade Trailer | | $100.00 |
| | | 1973 Ford Truck | | $750.00 |
| | | 1985 Nissan-Junk Vehicle | | $0.00 |
| | | 1989 Honda Accord | | $250.00 |
| | | 1992 Mazda 323 | | $700.00 |
| | | 1992 Mazda MPV Van | | $4,500.00 |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |

  1   continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**

**Case No.**

**Chapter    7**

**Last four digits of Social Security No.:   8343**
                                            **7164**

Debtors

## SCHEDULE  B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  **Animals.** | X | | | |
| 30.  **Crops - growing or harvested. Give particulars.** | X | | | |
| 31.  **Farming equipment and implements.** | X | | | |
| 32.  **Farm supplies, chemicals, and feed.** | X | | | |
| 33.  **Other personal property of any kind not already listed. Itemize.** | X | | | |

  0    continuation sheet(s) attached                                                   Total   ⇨        $7,673.70

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**

Case No.

Chapter     7

**Last four digits of Social Security No.:   8343**

Debtors                                                        **7164**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemption to which debtor is entitled under**

☐ **11 U.S.C. 522(b)(1)**     Exemptions provided in 11 U.S.C. 522(d).  Note: These exemptions are available only in certain states.

☒ **11 U.S.C. 522(b)(2)**     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|---|
| Cash on Deposit | MCA § 25-13-614(2) | $6.70 | | $6.70 |
| | | **Claimed By:** | Both | |
| Couch $20; Chairs $50; Beds $70; End Table $5; Dressers $105 | MCA § 25-13-609(1) | $250.00 | | $250.00 |
| | | **Claimed By:** | Both | |
| Dishes $2; Glasses $1; Pots & Pans $3 | MCA § 25-13-609(1) | $6.00 | | $6.00 |
| | | **Claimed By:** | Both | |
| Misc. Appliances-Washer $100; Dryer $50; Microwave $25; TV $50 | MCA § 25-13-609(1) | $225.00 | | $225.00 |
| | | **Claimed By:** | Both | |
| Men's Wardrobe $150; Lady's Wardrobe $50; Children's Wardrobe $150 | MCA § 25-13-609(1) | $350.00 | | $350.00 |
| | | **Claimed By:** | Both | |
| 1973 Ford Truck | MCA § 25-13-609(2) | $2,500.00 | | $750.00 |
| | | **Claimed By:** | Debtor | |

0     continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No.

                                                                                                                 Chapter    7

**Last four digits of Social Security No.:   8343**
Debtors                                                      **7164**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## SPOUSE

**Debtor elects the exemption to which debtor is entitled under**

☐  **11 U.S.C. 522(b)(1)**    **Exemptions provided in 11 U.S.C. 522(d).  Note: These exemptions are available only in certain states.**

☒  **11 U.S.C. 522(b)(2)**    **Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Disability Social Security-$536.00 per month | MCA § 25-13-608(1)(d) | $536.00 | $536.00 |
|  |  | **Claimed By:** Spouse |  |
| 1992 Mazda MPV Van | MCA § 25-13-609(2) | $2,500.00 | $4,500.00 |
|  |  | **Claimed By:** Spouse |  |

 0     continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**

| | |
|---|---|
| **Last four digits of Social Security No.:** 8343 | **Case No.** |
| Debtors                                      7164 | **Chapter    7** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No: *5079**<br>American General Finance<br>711 West Main Str<br>Bozeman, MT  59715-3356 | | | Date Incurred:<br>Nature of Lien:  Security Interest<br>Property:<br>1971 Homemade Trailer<br><br>**VALUE:** $100.00 | | | | $13,021.00 | $6,721.00 |
| **Account No:**<br>    above item continued | | | Date Incurred:<br>Nature of Lien:<br>Property:<br>1973 Ford Truck<br><br>**VALUE:** $750.00 | | | | | |
| **Account No:**<br>    above item continued | | | Date Incurred:<br>Nature of Lien:<br>Property:<br>1985 Nissan-Junk Vehicle<br><br>**VALUE:** $0.00 | | | | | |
| **Account No:**<br>    above item continued | | | Date Incurred:<br>Nature of Lien:<br>Property:<br>1989 Honda Accord<br><br>**VALUE:** $250.00 | | | | | |
| **Account No:**<br>    above item continued | | | Date Incurred:<br>Nature of Lien:<br>Property:<br>1992 Mazda 323<br><br>**VALUE:** $700.00 | | | | | |
| **Account No:**<br>    above item continued | | | Date Incurred:<br>Nature of Lien:<br>Property:<br>1992 Mazda MPV Van<br><br>**VALUE:** $4,500.00 | | | | | |
| **Account No: *0843**<br>American General Finance, Inc.<br>711 West Main Str<br>Bozeman, MT  59715-3356 | | | Date Incurred:<br>Nature of Lien:  2nd Mortgage<br>Property:<br>Mobile Home & Lot 1A of the Amended Subd. Plat of Block 65, Lot 1 of the Fabrick Addition , Manhattan<br><br>**VALUE:** $67,000.00 | | | | $12,404.98 | $0.00 |

|  |  |  |
|---|---|---|
| **(Total of this page)**   Subtotal ⇒ | | **$25,425.98** |
| Total ⇒ | | **N/A** |

 1  continuation sheet(s) attached

In re: **Ernie W. Tertelgte and Claudia D. Tertelgte**

**Case No.**

**Last four digits of Social Security No.:**    **8343**

**Chapter**    **7**

Debtors    **7164**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No: *6168<br>Merle T. & Brenda C. Gustafson<br>3700 S Westport Ave No 344<br>Sioux Falls, SD 57106 | | | Date Incurred:<br>**Nature of Lien:** 1st Mortgage<br>**Property:**<br>Mobile Home & Lot 1A of the Amended Subd. Plat of Block 65, Lot 1 of the Fabrick Addition , Manhattan<br><br>**VALUE:** $67,000.00 | | | | $52,668.72 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  | | |
|---|---|---|
| (Total of this page) Subtotal ⇒ | $52,668.72 |
| Total ⇒ | $78,094.70 |

_0_    continuation sheet(s) attached

In re: **Ernie W. Tertelgte and Claudia D. Tertelgte**

Case No.

Chapter   **7**

**Last four digits of Social Security No.:   8343**

Debtors                                         **7164**

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled " Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☒  **Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.**

**TYPES OF PRIORITIES (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)**

☐  **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
   Claims of individuals up to a maximum of $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, maintenance or support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

()   continuation sheet(s) attached

**In re: Ernie W. Tertelgte and Claudia D. Tertelgte**

Case No.

Chapter   7

Last four digits of Social Security No.:  8343

                               7164

Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   **Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *9735<br>American General Finance<br>711 West Main Str<br>Bozeman, MT  59715-3356 | | | Date Incurred:<br>Consideration for Claim:<br>Personal Loan | | | | $1,400.00 |
| Account No: *7164<br>Bozeman Deaconess Hospital<br>915 Highland Blvd<br>Bozeman, MT  59715 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $9,874.67 |
| Account No: *E000<br>Bozeman Gastro Clinic, P.C.<br>931 Highland Blvd No 3350<br>Bozeman, MT  59715 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $518.00 |
| Account No: *1209<br>Bridger Orthopedic & Sports Medicine<br>1450 Ellis Str Ste 201<br>Bozeman, MT  59715 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $94.36 |
| Account No: *0715<br>Capital One Services<br>Gold Visa Account<br>PO Box 85015<br>Richmond, VA  23285-5015 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $900.00 |
| Account No: *6109<br>Capital One Services<br>PO Box 85015<br>Richmond, VA  23285-5015 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $535.78 |
| Account No: *0434<br>Capital One Services<br>PO Box 85015<br>Richmond, VA  23285-5015 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $300.00 |

|  |  |
|---|---|
| (Total of this page)  Subtotal ⇒ | $13,622.81 |
| Total ⇒ | N/A |

3    continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                      Case No.

                                                                             Chapter     7

**Last four digits of Social Security No.:**     **8343**
Debtors                                          **7164**

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *6735<br>Capital One Services<br>PO Box 85015<br>Richmond, VA  23285-5015 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $984.00 |
| Account No: *2792<br>Card Service Center Account<br>Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL  60714-4610 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $1,560.40 |
| Account No: *2792<br>Card Service Center Account<br>Arrow Financial Services<br>PO Box 1206<br>Oakes, PA  19456-1206 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | Amount Unknown |
| Account No: *3229<br>Dillard's<br>Dillard National Bank<br>PO Box 29442<br>Phoenix, AZ  85038-9442 | | | Date Incurred:<br>Consideration for Claim:<br>Consumer Purchases | | | | $190.62 |
| Account No: *0532<br>ETS Inc.<br>Carmel Financial Corporation, Inc.<br>PO Box 1127<br>Carmel, IN  46082-1127 | | | Date Incurred:<br>Consideration for Claim:<br>Personal Loan | | | | $5,072.68 |
| Account No: *7530<br>Household Bank<br>Bankcard Services<br>PO Box 80084<br>Salinas, CA  93912-0084 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $573.44 |
| Account No: *1236<br>Household Bank<br>Household Credit Services<br>POBox 80084<br>Salinas, CA  93912-0084 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $264.78 |
| Account No: *4188<br>Household Credit Services, Inc.<br>Kyle Larsen, Larsen Law Firm<br>PO Box 1692<br>Great Falls, MT  59403 | | | Date Incurred:<br>Consideration for Claim:<br>Judgment | | | | $3,100.00 |
| | | | (Total of this page)   Subtotal  ⇒ | | | | $11,745.92 |
| | | | Total  ⇒ | | | | N/A |

2      continuation sheet(s) attached

In re: **Ernie W. Tertelgte and Claudia D. Tertelgte**

Case No.

Chapter    7

Last four digits of Social Security No.:    **8343**

Debtors                                 **7164**

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No: *1675**<br>Hugh Hetherington, M.D., P.C.<br>925 Highland Blvd Ste 1160<br>Bozeman, MT  59715-6905 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $401.00 |
| **Account No: *unts**<br>Intercity Radiology, P.C.<br>925 Highland Blvd Ste 1180<br>Bozeman, MT  59715-6905 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $265.00 |
| **Account No: *2245**<br>Medical Laboratory Service, Inc.<br>300 North Willson Ste 1001<br>Bozeman, MT  59715 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $55.00 |
| **Account No: *nown**<br>Montana Department of Revenue<br>Kim Davis, Bankruptcy Specialist<br>PO Box 5805<br>Helena, MT  59604-5805 | | | Date Incurred:<br>Consideration for Claim:<br>Back Taxes Owed | | | | Amount Unknown |
| **Account No: *2792**<br>Newport News<br>Easy Style Dr<br>Hampton, VA  23630 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $1,136.93 |
| **Account No: *2792**<br>Newport News<br>Card Processing Center<br>PO Box 9204<br>Old Bethpage, NY  11804 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | Amount Unknown |
| **Account No: *0356**<br>Providian<br>American Recovery System, Inc.<br>PO Box 7075<br>Troy, MI  48007-7075 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $1,199.25 |
| **Account No: *5188**<br>Providian<br>PO Box 660509<br>Dallas, TX  75266-0509 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $763.94 |
| | | | (Total of this page)  Subtotal ⇒ | | | | **$3,821.12** |
| | | | Total ⇒ | | | | **N/A** |

1    continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                  Case No.

                                                                        Chapter      **7**

Last four digits of Social Security No.:    **8343**

Debtors                                      **7164**

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: *0356<br>Providian<br>PO Box 660509<br>Dallas, TX  75266-0509 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | $865.70 |
| Account No: *0356<br>Providian Payment Processing<br>PO Box 660763<br>Dallas, TX  75266-0763 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | Amount Unknown |
| Account No: *0356<br>Providian Payment Processing<br>Attn:  Backdated Payments Area<br>1100 E Arbrook<br>Arlington, TX  76014 | | | Date Incurred:<br>Consideration for Claim:<br>Credit Card Purchases | | | | Amount Unknown |
| Account No: *RGET<br>Retailers National Bank<br>c/o Target Credit Services<br>PO Box 1581<br>Minneapolis, MN  55440-1581 | | | Date Incurred:<br>Consideration for Claim:<br>Consumer Purchases | | | | $641.67 |
| Account No: *0109<br>Steven Pailet, D.O., P.C.<br>PO Box 3006<br>Bozeman, MT  59772-3006 | | | Date Incurred:<br>Consideration for Claim:<br>Medical Expenses | | | | $255.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | (Total of this page)  Subtotal ⇨ | | $1,762.37 |
| | | | | | Total ⇨ | | $30,952.22 |

_0_     continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                                    Case No.

                                                                                            Chapter     7

**Last four digits of Social Security No.:   8343**

Debtors                                                              **7164**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

_0_   continuation sheet(s) attached

**In re: Ernie W. Tertelgte and Claudia D. Tertelgte**               Case No.

                                                                     Chapter     7

**Last four digits of Social Security No.:   8343**

Debtors                                                 **7164**

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[X]  **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

<u>      0      </u>  continuation sheet(s) attached

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No.

                                                                          Chapter   **7**

**Last four digits of Social Security No.:**   **8343**

Debtors                                          **7164**

# SCHEDULE  I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | Age |
| Married | Grandchild | |
| | Son | |

## EMPLOYMENT

| | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **None** |
| Name of Employer | Sorenson Construction | |
| How long employed | | |
| Address of Employer | | |

| Income:      (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $1,920.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| **SUBTOTAL** | $1,920.00 | $0.00 |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | $320.00 | $0.00 |
| b. Insurance | $0.00 | $0.00 |
| c. Union dues | $0.00 | $0.00 |
| d. Other (Specify) : | $0.00 | $0.00 |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $320.00 | $0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $1,600.00 | $0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| Social security or other government assistance (Specify)   Social Security Disability | $0.00 | $536.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (Specify) | $0.00 | $0.00 |
| **TOTAL MONTHLY INCOME** | $1,600.00 | $536.00 |

**TOTAL COMBINED MONTHLY INCOME**        $2,136.00          (Report also on Summary of Schedules)

**Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document**
None

____  continuation sheet(s) attached
  0

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No.

Chapter   7

**Last four digits of Social Security No.:  8343**
**7164**
Debtors

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $810.00 |
| Are real estate taxes included?        Yes  X        No | |
| Is property insurance included?        Yes  X        No | |
| Utilities     Electricity and heating fuel | $150.00 |
| Water and sewer | $53.00 |
| Telephone | $40.00 |
| Other :        Garbage | $20.00 |
| Home maintenance (repairs and upkeep) | $100.00 |
| Food | $500.00 |
| Clothing | $52.00 |
| Laundry and dry cleaning | $0.00 |
| Medical and dental expenses | $140.00 |
| Transportation (not including car payments) | $200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $0.00 |
| Charitable contributions | $0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $0.00 |
| Life | $0.00 |
| Health | $98.00 |
| Auto | $275.00 |
| Other : | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify : | $0.00 |
| Installment payments: (In Chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $0.00 |
| Other : | $0.00 |
| Alimony, maintenance, and support paid to others | $0.00 |
| Payments for support of additional dependents not living at your home | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| Other : | $0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $2,438.00 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income

B. Total projected monthly expenses

C. Excess income (A minus B)

D. Total amount to be paid into plan each _____ (Interval)

() continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
### District of Montana
### Butte Division

In re:                                                                                    Chapter 7
Ernie W. Tertelgte                                            Case Number: _____
Claudia D. Tertelgte
Debtors

## Declaration Under Penalty of Perjury by Individual / Joint Debtor

We declare under penalty of perjury that we have read the foregoing summary and schedules, consisting of 18 sheets, and they are true and correct to the best of our knowledge, information and belief.

Date: __25-Jan-2005___        Signature: __/s/Ernie W. Tertelgte_____
                                                          Ernie W. Tertelgte

Date: __25-Jan-2005___        Signature: __/s/Claudia D. Tertelgte_____
                                                          Claudia D. Tertelgte

### Certification and Signature of Non-Attorney Bankruptcy Petition Preparer (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Print or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                                                            (Required by 11 USC § 110(c).)

_____
_____
Address                                      Tel . No.

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment ot both.  11 U.S.C. § 110, 18 U.S.C. § 156.

## Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 18 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____
                                                  Name: _____
                                                  Title: _____

# UNITED STATES BANKRUPTCY COURT
## District of Montana
## Butte Division

In re: **Ernie W. Tertelgte and Claudia D. Tertelgte**                    Case No. _____

## Statement Of Financial Affairs

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

       "IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       "INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**None**          **1. Income from employment or operation of business**

[ ]          State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|   | Amount | Source (if more than one) | Year | Fiscal Year |
|---|--------|---------------------------|------|-------------|
| H | $23,000.00 | Wages | 2004 | |
| J | $30,947.00 | Wages | 2003 | |
| J | $27,188.00 | Wages | 2002 | |
| W | $7,695.15 | Wages | 2004 | |

Form7. Statement of Financial Affairs

None
[ ]

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | Amount | Source (if more than one) | Year |
|---|---|---|---|
| W | $536.00 | Social Security Disability per month | 2004 |

None
[X]

**3. Payments to creditors**

A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

None
[X]

B. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

None
[ ]

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Household Credit Services, Inc. (Household Bank (SB), N.A.) v. Ernie W. Tertelgte CL04-14188 | Civil | Justice Court Gallatin County Law and Justice Center 615 South 16th Ave., Room 168 Bozeman, MT 59715 | Judgment |

Form7. Statement of Financial Affairs

None
[X]

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |

None
[X]

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |

None
[X]

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |

None
[X]

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |

**None**
**[X]**

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

---

**None**
**[X]**

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
|---|---|---|

---

**None**
**[ ]**

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Richard A. Ramler<br>Attorney at Law<br>202 West Madison<br>Belgrade, MT 59714 | | $209.00 Filing Fee<br>$616.00 Attorney's Fee<br>$0.00 |

---

**None**
**[X]**

**10. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

---

Form7. Statement of Financial Affairs

**None**
**[X]**

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

**None**
**[X]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**None**
**[X]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

**None**
**[X]**

**15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|

Form7. Statement of Financial Affairs

**None**
**[X]**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Name**

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

**None**
**[X]**

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

---

**None**
**[X]**

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

---

**None**
**[X]**

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

---

Form7. Statement of Financial Affairs

**None**
**[ ]**

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| Name | Taxpayer I.D. Number | Address | Nature of Business | Beginning and Ending Dates |
|------|----------------------|---------|--------------------|----------------------------|
| Car-Cheoligist | | | Old Car | Closed July 2004. |

**None**
**[X]**

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|------|---------|
| | |

* * * * * *

Form7. Statement of Financial Affairs

*[If completed by an individual or individual and spouse]*

     I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date   _____              /s/Ernie W. Tertelgte_____
                                              Signature of Debtor
                                              Ernie W. Tertelgte

Date   _____              /s/Claudia D. Tertelgte_____
                                                Signature of Joint Debtor, (if any)
                                              Claudia D. Tertelgte

*[If completed on behalf of a partnership or corporation]*

     I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   _____       Signature _____

                               Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

     I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security Number

_____
_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer               Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.

Form7. Statement of Financial Affairs

# United States Bankruptcy Court
### District of Montana
### Butte Division

In re:  **Ernie W. Tertelgte and Claudia D. Tertelgte**                          **Case No.**

                                                                                 **Chapter    7**

**Last four digits of Social Security No.:** 8343
Debtors                                                        **7164**

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

| Property to be Surrendered | |
|---|---|
| **Description of Property** | **Creditor's Name** |
| 1971 Homemade Trailer | American General Finance |
| 1973 Ford Truck | American General Finance |
| 1985 Nissan-Junk Vehicle | American General Finance |
| 1989 Honda Accord | American General Finance |
| 1992 Mazda 323 | American General Finance |
| 1992 Mazda MPV Van | American General Finance |

| Property to be Retained | | | | |
|---|---|---|---|---|
| **Description of Property** | **Creditor's Name** | **Property is claimed as exempt** | **Property will be redeemed pursuant to 11 U.S.C. §722** | **Debt will be reaffirmed pursuant to 11 U.S.C. §524(c)** |
| Mobile Home & Lot 1A of the Amended Subd. Plat of Block 65, Lot 1 of the Fabrick Addition , Manhattan | American General Finance, Inc. | | | X |
| Mobile Home & Lot 1A of the Amended Subd. Plat of Block 65, Lot 1 of the Fabrick Addition , Manhattan | Merle T. & Brenda C. Gustafson | | | X |

Date: _____

Signed:    /s/Ernie W. Tertelgte
                  Ernie W. Tertelgte

                  /s/Claudia D. Tertelgte
                  Claudia D. Tertelgte

() continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
## District of Montana
## Butte Division

In re:                                                                                    Chapter 7
Ernie W. Tertelgte                                                    Case Number: _____
Claudia D. Tertelgte
Debtors

# List of Creditors

American General Finance
711 West Main Str
Bozeman, MT 59715-3356

American General Finance
711 West Main Str
Bozeman, MT 59715-3356

American General Finance, Inc.
711 West Main Str
Bozeman, MT 59715-3356

Bozeman Deaconess Hospital
915 Highland Blvd
Bozeman, MT 59715

Bozeman Gastro Clinic, P.C.
931 Highland Blvd No 3350
Bozeman, MT 59715

Bridger Orthopedic & Sports
Medicine
1450 Ellis Str Ste 201
Bozeman, MT 59715

Capital One Services
Gold Visa Account
PO Box 85015
Richmond, VA 23285-5015

Capital One Services
PO Box 85015
Richmond, VA 23285-5015

Capital One Services
PO Box 85015
Richmond, VA 23285-5015

Capital One Services
PO Box 85015
Richmond, VA 23285-5015

Card Service Center Account
Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714-4610

Card Service Center Account
Arrow Financial Services
PO Box 1206
Oakes, PA 19456-1206

Dillard's
Dillard National Bank
PO Box 29442
Phoenix, AZ 85038-9442

ETS Inc.
Carmel Financial Corporation, Inc.
PO Box 1127
Carmel, IN 46082-1127

Household Bank
Household Credit Services
POBox 80084
Salinas, CA 93912-0084

Household Bank
Bankcard Services
PO Box 80084
Salinas, CA 93912-0084

Household Credit Services, Inc.
Kyle Larsen, Larsen Law Firm
PO Box 1692
Great Falls, MT 59403

Hugh Hetherington, M.D., P.C.
925 Highland Blvd Ste 1160
Bozeman, MT 59715-6905

Intercity Radiology, P.C.
925 Highland Blvd Ste 1180
Bozeman, MT 59715-6905

Medical Laboratory Service, Inc.
300 North Willson Ste 1001
Bozeman, MT 59715

Merle T. & Brenda C. Gustafson
3700 S Westport Ave No 344
Sioux Falls, SD 57106

Montana Department of Revenue
Kim Davis, Bankruptcy Specialist
PO Box 5805
Helena, MT 59604-5805

Newport News
Card Processing Center
PO Box 9204
Old Bethpage, NY 11804

Newport News
Easy Style Dr
Hampton, VA 23630

Providian
American Recovery System, Inc.
PO Box 7075
Troy, MI 48007-7075

Providian
PO Box 660509
Dallas, TX 75266-0509

Providian
PO Box 660509
Dallas, TX 75266-0509

Providian Payment Processing
PO Box 660763
Dallas, TX 75266-0763

Providian Payment Processing
Attn:  Backdated Payments Area
1100 E Arbrook
Arlington, TX 76014

Retailers National Bank
c/o Target Credit Services
PO Box 1581
Minneapolis, MN 55440-1581

Steven Pailet, D.O., P.C.
PO Box 3006
Bozeman, MT 59772-3006

Date: Tuesday, January 25, 2005

/s/Richard A. Ramler
Richard A. Ramler
Attorney for Debtors
Richard Ramler Law Office
202 West Madison
Belgrade, MT 59714

# United States Bankruptcy Court
District of Montana
Butte Division

**VOLUNTARY PETITION**

| Name of Debtor - (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Tertelgte, Ernie W.** | **Tertelgte, Claudia D.** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| **None** | **None** |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 8343 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 7164 |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| 206 Valley Street P.O. Box 393 Manhattan, MT  59741 | 206 Valley Street P.O. Box 393 Manhattan, MT  59741 |

| County of Residence or of the Principal Place of Business:  Gallatin | County of Residence or of the Principal Place of Business:  Gallatin |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|

Location of Principal Assets of Business Debtor:
(if different from address listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor (Check all boxes that apply)**

[X] Individual(s)          [ ] Railroad
[ ] Corporation            [ ] Stockbroker
[ ] Partnership            [ ] Commodity Broker
[ ] Other _____      [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

[X] Chapter 7       [ ] Chapter 11       [ ] Chapter 13
[ ] Chapter 9       [ ] Chapter 12
[ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt (Check one box)**

[X] Consumer/Non-Business      [ ] Business

**Filing Fee (Check one box)**

[X] Full filing fee attached

[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business (Check all boxes that apply)**

[ ] Debtor is a small business as defined in 11 U.S.C. § 101.

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**Statistical/Administrative Information  (Estimates only)**

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

## Voluntary Petition

(This page must be completed and filed in every case).

**Name of Debtor(s):**

Ernie W. Tertelgte and Claudia D. Tertelgte

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| **Location**<br>Where Filed:   None | **Case Number** | **Date Filed** |

| Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| **Name of Debtor**   None | **Case Number** | **Date Filed** |
| **District** | **Relationship** | **Judge** |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/Ernie W. Tertelgte
_____
Signature of Debtor

X  /s/Claudia D. Tertelgte
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/Richard A. Ramler
_____
Signature of Attorney for Debtor(s)              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No

### Signature of Attorney

X  /s/Richard A. Ramler
_____
Signature of Attorney for Debtor(s)

Richard A. Ramler                              2009
_____      .
Printed Name of Attorney for Debtor(s)

Richard Ramler Law Office
_____
Firm Name

202 West Madison
Belgrade, MT  59714
_____
Address

(406) 388-0150                    (406) 388-6842
_____
Telephone Number                        Fax Number

E-mail: RichardRamler@aol.com

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address                                Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
## District of Montana
## Butte Division

In re:                                                                                            Chapter 7
Ernie W. Tertelgte                                              Case Number: _____
Claudia D. Tertelgte
Debtors

## Disclosure of Compensation of Attorney for Debtor

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept................................................................     $616.00
        Prior to the filing of this statement I have received................................................     $341.00
        Balance Due.................................................................................................     $275.00

2.      The source of the compensation paid to me was:
         [X] Debtor [  ] Other (specify)

3.      The source of compensation to be paid to me is:
         [X] Debtor [  ] Other (specify)

 4.      [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.      In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
        a.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

        $209.00 Filing Fee.
        Representation of the debtor(s) in adversary proceedings and other contested bankruptcy matter.  Fees for adversary proceedings and other contested bankruptcy matter will be $150 per hour plus costs.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: _____        /s/Richard A. Ramler_____

                                      Richard A. Ramler, Attorney for Debtor(s)
                                      Richard Ramler Law Office