RICHARD A. RAMLER
202 West Madison
Belgrade, MT  57914
(406) 388-0150 Phone
(406) 388-6842 Fax
E-mail:  RichardRamler@aol.com
ID #2009

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| IN RE: | ) | |
|---|---|---|
| **TERTELGTE, ERNIE W.** | ) | Case No. 05-60144-RBK-7 |
| Debtor. | ) | |

**NOTICE OF AMENDMENT
TO STATEMENT OF SOCIAL SECURITY NUMBER**

Debtor filed this bankruptcy case on January 25, 2005.  The last four digits of Debtor's correct social security number is xxx-xx-8343.  Debtor is amending the social security number previously submitted to the Court on the Statement of Social Security Number (Form 21) through this Notice and by submitting an amended form 21 to the Clerk of Court.  Debtor has served the amended Form 21 containing Debtor's correct social security number on the U.S. Trustee, the trustee appointed to this case, all creditors and indenture trustees, who received the Notice of Commencement of Case, Meeting of Creditors and Deadlines (§ 341 Notice) as verified by the attached certificate of service.  Amended Form 21 is not attached to this Notice of Amendment when it is electronically filed, mailed or personally delivered to the Court, but may be included with the Notice of Amendment when it is served on the U.S. Trustee, the trustee appointed to this case, all creditors and indenture trustees, who received the Notice of Commencement of Case, Meeting of Creditors and Deadlines (§341 Notice).

DATED this 9th  day of February, 2005.

/s/Richard Ramler
Richard A. Ramler,
Attorney for Debtors

CERTIFICATE OF MAILING

    I certify, under penalty of perjury, that a copy of the Notice of Amendment to Statement of Social Security Number and Amended Statement of Social Security Number were duly served by mail, electronically by email, facsimile, or personal delivery upon:

Ross P. Richardson
Bankruptcy Trustee
P.O. Box 399
Butte, MT 59701

U.S. Trustee's Office
P.O. Box 3509
Great Falls, MT 59401

American General Finance, Inc.
711 West Main Str
Bozeman, MT 59715-3356

Bozeman Deaconess Hospital
915 Highland Blvd
Bozeman, MT 59715

Bozeman Gastro Clinic, P.C.
931 Highland Blvd No 3350
Bozeman, Mt 59715

Bridger Orthopedic & Sports Medicine
1450 Ellis Str Ste 201
Bozeman, MT 59715

Capital One Services
PO Box 85015
Richmond, VA 23285-5015

Capital One Services
Gold Visa Account
PO Box 85015
Richmond, VA 23285-5015

Card Service Center Account
Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714-4610

Card Service Center Account
Arrow Financial Services
PO Box 1206
Oakes, PA 19456-1206

Dillard's
Dillard National Bank
PO Box 29442
Phoenix, AZ 85038-9442

ETS Inc.
Carmel Financial Corporation, Inc.
PO Box 1127
Carmel, IN 46082-1127

Household Bank
Bankcard Services
PO Box 80084
Salinas, CA 93912-0084

Household Bank
Household Credit Services
PO Box 80084
Salinas, CA 93912-0084

Household Credit Services, Inc.
Kyle Larsen, Larsen Law Firm
PO Box 1692
Great Falls, MT 59403

Hugh Hetherington, M.D., P.C.
925 Highland Blvd Ste 1160
Bozeman, MT 59715-6905

Intercity Radiology, P.C.
925 Highland Blvd Ste 1180
Bozeman, MT 59715-6905

Medical Laboratory Service, Inc.
300 North Willson Ste 1001
Bozeman, MT 59715

Merle T. & Brenda C. Gustafson
3700 S Westport Ave No 344
SIOUX FALLS, SD 57106

Montana Department Of Revenue
Kim Davis, Bankruptcy Specialist
PO Box 5805
Helena, MT 59604-5805

Newport News
Easy Style Dr
Hampton, VA 23630

Newport News
Card Processing Center
PO Box 9204
Old Bethpage, NY 11804

Providian
American Recovery System, Inc.
PO Box 7075
Troy, MI 48007-7075

Providian
PO Box 660509
Dallas, TX 75266-0509

Providian Payment Processing
Attn:  Backdated Payments Area
1100 E Arbrook
Arlington, TX 76014

Providian Payment Processing
PO Box 660763
Dallas, TX 75266-0763

Retailers National Bank
C/O Target Credit Services
PO Box 1581
Minneapolis, MN 55440-1581

Steven Pailet, D.O., P.C.
PO Box 3006
Bozeman, MT 59772-3006

/s/Richard Ramler